IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 PM 3: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VARSITY BRANDS, INC., ET AL.,

    Plaintiffs,

VS.                         NO. 05-2340-MaP

TEAMLEADER.COM, ET AL.,

    Defendants.

---

ORDER OF DISMISSAL

---

    The plaintiff has filed a notice of dismissal in this matter, the parties having reached a settlement.  For good cause shown, this matter is DISMISSED with prejudice.

    It is so ORDERED this 18th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02340 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Arlana S. Cohen
COWAN LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036--679

Jason D. Sanders
COWAN LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036--679

Grady M. Garrison
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 171443
Memphis, TN 38187--144

Honorable Samuel Mays
US DISTRICT COURT