UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 31  PM 5: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VARSITY BRANDS, INC., et al.,

       Plaintiff,

v.                                              Cv. No. 05-2340-Ma

TEAMLEADER.COM, et al.,

       Defendants.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed August 23, 2005.

**APPROVED:** _/s/_
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 31, 2005
_____
DATE

**THOMAS M. GOULD**
_____
CLERK

_/s/_
_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-16-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02340 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Arlana S. Cohen
COWAN LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036--679

Jason D. Sanders
COWAN LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036--679

Grady M. Garrison
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 171443
Memphis, TN 38187--144

Honorable Samuel Mays
US DISTRICT COURT